

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00569-CR

Richard Alexander **VALLEJO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR10924
Honorable Melisa C. Skinner, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of conviction is AFFIRMED.

SIGNED February 28, 2024.

_____
Luz Elena D. Chapa, Justice